Argued January 25, affirmed February 4, petition for rehearing denied March 7, petition for review denied April 25, 1972

## MORRISON, *Appellant*, *v.* MORRISON (No. 100600), *Respondent.*

493 P2d 67

*Robert H. Fraser,* Eugene, argued the cause for appellant. On the briefs were Paul D. Clayton, and Luvaas, Cobb, Richards & Fraser, Eugene.

*Kenneth A. Morrow,* Eugene, argued the cause for respondent. With him on the brief were Mulder, Morrow & McCrea, Eugene.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed without opinion. ORS 19.180. No costs to either party.